Smal pox Some persons haueing had itt in ou$^r$ Shipp coming from London Thes Things Being Duely Considered the plentiffe: Conceiues y$^t$ itt will Evidenly appear To the Hond Court & Jurry y$^t$ thare is one months pay To be Repaid to the Appellant By the defend$^t$: wich is proued; Flood: promising to allow vppon the Shipps goeing for London wich is three pound, fiue Shillings and for fiften dayes Being outt of pay att London wich is thirty two Shillings & Six pence & his halfe pay while in the Riuer of Theams wich is fower pounds one Shilling & three pence & for tenn Dayes lying at y$^e$ Castle vnder imbargoe wich is twenty one Shilling & Eight pence &: that this Court & Gentlemen of the Jury will see Just causs to giue Judgm$^t$ for the forementioned Summes & So Reverss the former Judgm$^t$ & Releiue the Appellant who hath Ben verry much wronged & abussed By the defendant yo$^r$ Humble Sarvant

Sam$^{ll}$ Legg

These Reasons were rec$^d$ 28$^o$ aug$^o$ 1679.
Js$^a$ Addington Cler

The Court of Assistants (Records, i. 142) reversed the judgment and found 3$l$ 9$s$ 9$d$ damage and costs for Legg.]

## OLIVER cont$^a$ WHALEY

Nathanael Oliver plaint. cont$^a$ John Whaley Defend$^t$ The plaint. withdrew his Action upon a judgem$^t$ Acknowledged. [ 599 ]

## MacKARTY cont$^a$ GREENLEEFE

Thaddeus Mackarty Attourny to Alwin Childe plaint. cont$^a$ Enoch Greenleefe Senio$^r$ Defend$^t$ in an action of debt of twenty three pounds twelve Shillings in money due by bill under his hand dated. 5th Feb$^r$ 1677. w$^{th}$ interest and damages: . . . The Jury . . . found for the plaint. twenty three pounds twelve Shillings money according to bill and costs of Court allowed twenty Eight Shillings.

## WARNER cont$^a$ FRANKLYN

John Warner plaint. cont$^a$ Benjamin Franklyn Defend$^t$ in an action of reveiw of a case tried at the County Court held at Boston. 29th Octob$^r$ 1678. where Katharin Franklyn as Attourny to Benjamin Franklyn obtained judgem$^t$ against the now plaint. for twelve pounds Seven Shillings in money & costs of Court granted twenty Shillings which is to the plaint$^s$ damage with all other due damages &c$^a$. . . . The Jury . . . found for the Defend$^t$ costs of Court. The plaint. appeal$^d$ from this Judgem$^t$ unto the next Court of Assistants &c$^a$